# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMES D. JOHN,

               Petitioner,

         v.

E. HERNANDEZ,

               Respondent.

CASE NO. 2:16-CV-00722-JFW (SK)

**JUDGMENT**

Pursuant to the Order Denying First Amended Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   June 19, 2017   

HON. JOHN F. WALTER
U.S. DISTRICT JUDGE